# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Lakeshore Engineering Services, Inc. | )  ASBCA No. 59195 |
| | ) |
| Under Contract No. FA8903-06-D-8505 | ) |

APPEARANCE FOR THE APPELLANT:     Anthony J. Calamunci, Esq.
                                  Special Counsel for Chapter 7 Trustee,
                                    Alfred T. Giuliano
                                  FisherBroyles, LLP
                                  Toledo, OH

APPEARANCES FOR THE GOVERNMENT:   Col Matthew J. Mulbarger, USAF
                                  Air Force Chief Trial Attorney
                                  Anna F. Kurtz, Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL

Pursuant to an agreement approved by United States Bankruptcy Court for the District of Delaware, this appeal has been settled by the government and the Chapter 7 Trustee. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 9 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59195, Appeal of Lakeshore Engineering Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals